IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL TAYLOR, KIMBERLY BERRY, and FONTANE BERRY, <br> *Plaintiffs*, <br><br> v. <br><br> THE CITY OF LAKEWAY, TEXAS, SERGEANT SCOTT SIEBER, LIEUTENANT TIM STACK, OFFICER CODY PILGRIM, and OFFICER WENDY LOPEZ, <br> *Defendants*. | § § § § § § § § § § § § § | Case No. 1:25-cv-00622-ADA-DH |

**UNOPPOSED MOTION FOR LEAVE FOR EXTENTION OF TIME TO FILE DEFENDANTS' RESPONSIVE PLEADINGS TO PLAINTIFFS' ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the City of Lakeway, Texas, Sergeant Scott Sieber, Lieutenant Tim Stake, Officer Cody Pilgrim, and Officer Wendy Lopez, Defendants in the above-entitled and numbered cause, and submit this unopposed motion for leave for extension of time to file responsive pleadings to Plaintiffs' Original Complaint (Dkt. 1), and in support thereof would respectfully show this Court as follows:

**I. Relevant Procedural Background**

1. Plaintiffs filed their Original Complaint on April 26, 2025 (Dkt. 1). Defense counsel sent executed Waiver of Service for each Defendant to Plaintiffs' Counsel on May 12, 2025. Accordingly, Defendants' deadline to file their responsive pleadings is currently on or before Tuesday, July 1, 2025.

## II. Request for Leave

2.     Defendants request leave from this Court for a 2-week extension of time to submit their responsive pleadings would extend their deadline to **Tuesday, July 15, 2025**. Counsel believes that extra time is needed due to the complexity of the case at bar and to properly brief and address the claims raised by Plaintiffs' counsel in their Complaint. Counsel believes that extra time is needed due in part to other pressing legal matters but also due to the complexity of the case at bar, to properly brief and address arguments raised by Plaintiffs' counsel. The Defense does not seek this extension for the purposes of delay, but so that justice may be done.

3.     The undersigned has conferenced with Plaintiffs' counsel regarding this motion. Counsel for Plaintiff is unopposed to the requested extension.

## **PRAYER FOR RELIEF**

WHEREFORE, PREMISES CONSIDERED, the Defendants, City of Lakeway, Texas, Sergeant Scott Sieber, Lieutenant Tim Stake, Officer Cody Pilgrim, and Officer Wendy Lopez, respectfully requests that this Court grant this opposed motion and allow Defendants to file their responsive pleadings on or before **July 15, 2025**, and for all other relief to which they may be entitled in law or in equity.

Respectfully submitted,

**WRIGHT & GREENHILL, P.C.**
4700 Mueller Blvd., Suite 200
Austin, Texas 78723
(512) 476-4600
(512) 476-5382 – Fax

By:     /s/ Blair J. Leake
        Blair J. Leake
        State Bar No. 24081630
        bleake@w-g.com
        Stephen B. Barron
        State Bar No. 24109619

sbarron@w-g.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

On June 21, 2025, the undersigned conferred with Plaintiffs' counsel regarding the requested extension. Plaintiffs' counsel is unopposed to Defendants' Motion.

                                                      /s/ Blair J. Leake
                                                      Blair J. Leake

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of June, 2025, a true and correct copy of the foregoing document was caused to be served upon all counsel of record via E-File/E-Service/E-Mail, in accordance with the Federal Rules of Civil Procedure.

                                                      /s/ Blair J. Leake
                                                     Blair J. Leake