IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **MICHAEL TAYLOR, KIMBERLY BERRY, and FONTANE BERRY,** *Plaintiffs*, | § § § § |
| v. | § § CIVIL ACTION NO. 1:25-cv-622-ADA-DH |
| **CITY OF LAKEWAY, TEXAS, SERGEANT SCOTT SEIBER, LIEUTENANT TIM STACK, OFFICER CODY PILGRIM, and OFFICER WENDY LOPEZ.** *Defendants.* | § § § § § § § § |

## JOINT MOTION OF PARTIAL DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants stipulate to a dismissal with prejudice, only as to Defendant City of Lakeway, Texas and jointly move the Court to enter an Agreed Order of Partial Dismissal With Prejudice in the form submitted herewith and providing that all costs and fees shall be borne by the party that asserted them.

Respectfully submitted,

By: /s/ *Caitlin Boehne*_____
Austin Kaplan
Texas Bar No. 24072176
akaplan@kaplanlawatx.com
Andrew Eckhous
Texas Bar No. 24127926
aeckhous@kaplanlawatx.com
Caitlin Boehne
Texas Bar No. 24075815
cboehne@kaplanlawatx.com
2901 Bee Caves Rd., Ste. G
Austin, TX 78746
Phone: (512) 553-9390
Fax: (512) 692-2788

*Counsel for Plaintiff*

By: */s/ Blair J. Leake (with permission)*
Blair J. Leake
State Bar No. 24081630
bleake@w-g.com
Stephen Barron
State Bar No. 24109619
WRIGHT AND GREENHILL, P.C.
4700 Mueller Blvd., Suite 200
Austin, Texas 78723
P: (512) 476-7600

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 12th day of August 2025, a true and correct copy of the foregoing document was delivered via CM/ECF service to all counsel of record.

*/s/ Caitlin Boehne*
Caitlin Boehne